UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

FILED
JUN 30 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Michael L. Glenn Jr )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

3:23-cv-229
McDonough/McCook

v. )

Detective Weaver ORPD )
_____ )
_____ )
(Enter above the NAME of each
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

   B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to the previous lawsuit:

         Plaintiffs: Michael L. Glenn Jr

         Defendants: Detective Weaver of Oak Ridge Police department.

1

2. COURT: (If federal court, name the district; if state court, name the county): _I am filling this out to proceed with justice._

3. DOCKET NUMBER: _none yet_

4. Name of Judge to whom case was assigned: _none_

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _Pending_

6. Approximate date of filing lawsuit: ___

7. Approximate date of disposition: ___

II. PLACE OF PRESENT CONFINEMENT: _Anderson County_

   A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (✓)

   C. If your answer is YES,

      1. What steps did you take? _This is the step I am taking. This is a happening outside of jail._

      2. What was the result? _nothing yet_

   D. If your answer to B is NO, explain why not. _This happened in the middle of a public road. Not in this facility._

   E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO (✓)

   F. If your answer is YES,

      1. What steps did you take? _none_

2

2. What was the result? _nothing_

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: _Michael L. Glenn, Jr_

   Present address: _308 Public Safety Ln, Clinton, TN 37716_

   Permanent home address: _119 N. Walker, Oak Ridge, TN 37830_

   Address of nearest relative: _110 Princeton, Oak Ridge, TN 37830_

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: _Detective, Weaver_

   Official position: _Detective_

   Place of employment: _Oak Ridge Police Department_

C. Additional defendants: _Oak Ridge PD_

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

_My Mother's home was raided for the second time. Prior to this event, within a 48hr period._

3

They did find what they were looking for. Using a warrant and force. Then took my person to the hospital and let me go. I had no clue why.

Well later that day I was messaged on Facebook by a Heather Yardley. Who I suspected was working for Oak Ridge detective's as well as 7th judical.

She proceed to beg me to hangout and bring cocaine to do off some of her body part's. Also making sure I knew she may possible have money on her person. Saying her mom may give her some cash when she leave's.

I never agreed to sell nor bring drug's. Like I told her and the whole town knew, I had just been raided. Still she did not let up offing sex and a good time, Long as I brought drugs

I then told my family chris Johnson, mother connie shaw, and father Michael Glenn sr. that she think's I'm stupid. Then showed everyone the message's. I only replied "I will come to fuck and that's it!. We will talk about it when I get there, What's the address?" Not telling when I would arrive. Which she wanted me to tell her badly. I would tell her a time and come⁴ up with a excuse. Why I was not really.

FOR LEGAL USE ONLY

Then she proceeded to give me the wrong address. Which I also suspected. I expected to have the s.u.v pulled over. My dad was driving. Which belong to my mother. Even a search of the car finding nothing.

I did not however expect after we left my mother's to drop me off with the Heather women. Which was the informent\bait. The detective Weaver and police who pulled me over. On the right side of what is now "IGA market" in oak Ridge. On the road between I.G.A and Emory valley center. Right off but in view of the main street. On too Emory valley road right beside the stop sign.

Where they did illegal cavity search of my person. In front of other officer's, my father, and car camera's. Finding nothing and forcing me to after I begged and said "no". Knowing I was scared and it hurt. The detective made his fellow Officer who was also asking not to put glove's on and scare me for life when I already seeked mental/health for P.T.S.D. Among other issue's also from previ truama.

To get me to let the cop without further resistance. The Detective said "Either you let us do it now or we take you to the jail or hospital. Then we do it anyway. It's not going to hurt, Plus remember the charges from yesterday? We didn't drop them. I can also arrest you on those anytime. So stop resisting or go to jail. Either way this is happening. Finding nothing and mad at their snitch

illegal search of me and my father. Then said were free to go, smiling the whole time and laughed when I ask "Really?" in shame and amazement. It left me literally in tear's. In fear for my life.

I had never been pulled over on that road before or any time after that. I have however never been able to stop thinking bout it. Everytime I see that road I get lost in a flashback so vivid it's like I am going through it all over and over and over.

How can they do that without a warrant? I am a Afican American/Native American man. Now even my Probation officers and other law inforcement I have incounter will tell you. I openly say I am openly afraid of police. When I did not use to be making life on probation hard when you have "fight or flight" kick in soon as ther in range. I have night terror's and cry in my sleep yelling help. I never had a officer of the law breach my butox or lift my genital's till that day.

But I was already a victom of pre sexual assualt as a child before I moved here. Thinking I was safer then there. Then it happen's by those we trust to uphold the law not brake it. I would like not to continue because it's hard to even think about. The issue even make's it hard to have and maintain relationships it is the source of occasional erectial

This happened in 2017 and this proceed threw the on coming years. I was hazed and bothered over and over My family has been hazed and threats still being made. I never brought this situations up because I was scared for My familys safety. And also My own safety.

The constant slander has not stopped. I am on medication now. I was not till after all this happened. I tried telling my payed lawyer Mike Rittor at the time. He did nothing retaining to that night. I now have a number of mental illness from nightaterror's to erectil disfuncation With a unhealth fear of police. Causing me to be scared to leave from inside and have a hard time doing my state probation. Stimming from that night as well.

Signed
Michael L. Glenn Jr
06·06·2023

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you.  Make NO legal arguments.

Cite NO cases or statutes.)

Assign me a civil suit lawyer or a lawyer capable of getting me justice. I want a lawsuit and law inforcement at oak ridge police department. I would like to sue for 100,0000.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this  Michael L. Glenn Jr  day of  June 9 , 20 23.

Michael L. Glenn Jr
Signature of plaintiff(s)



Michael L. Glenn Jr
308 Public Safety Ln.
Clinton, TN 37716

Eastern District of Tennessee
Office of
United States District Court
800 Market St. Suite 130
Knoxville, TN 37902

POSTAGE DUE
RECEIVED
JUN 30 2023
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

INSPECTED

37902$2303 C010