UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| MICHAEL L GLENN, | ) | |
|---|---|---|
| *Plaintiff*, | ) | Case No. 3:23-cv-229 |
| | ) | |
| v. | ) | Judge Travis R. McDonough |
| | ) | |
| DETECTIVE WEAVER | ) | Magistrate Judge Jill E. McCook |
| | ) | |
| *Defendant*. | ) | |

## ORDER

Before the Court is Magistrate Judge Jill E. McCook's report and recommendation (Doc. 8).

Plaintiff filed this action along with a motion to proceed in forma pauperis on June 30, 2023. (Docs 1, 2.) On August 7, 2023, Magistrate Judge McCook evaluated Plaintiff's complaint and found his allegations insufficient to state a claim. (Doc. 6.) However, given Plaintiff's pro se status, Magistrate Judge McCook offered Plaintiff an opportunity to amend his complaint. (*Id.* at 4.) Plaintiff did so on September 1, 2023. (Doc. 7.) On October 24, 2023, Magistrate Judge McCook issued a report and recommendation in which she evaluated Plaintiff's amended complaint, granted his motion to proceed in forma pauperis, and recommended that the Court dismiss the amended complaint in its entirety because the statute of limitations bars his claims. (Doc. 8, at 5–7.) Plaintiff did not object to Magistrate Judge McCook's report and recommendation.

After reviewing the record and the applicable law, the Court agrees with the magistrate judge's findings of fact, conclusions of law, and recommendation. Therefore, the Court

**ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 8) and **ORDERS** that all of Plaintiff's amended complaint be **DISMISSED**.

**AN APPROPRIATE JUDGMENT SHALL ENTER.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**