# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| MICHAEL L GLENN, | ) |
| *Plaintiff,* | ) Case No. 3:23-cv-229 |
| | ) Judge Travis R. McDonough |
| v. | ) |
| | ) Magistrate Judge Jill E. McCook |
| DETECTIVE WEAVER | ) |
| *Defendant.* | ) |

## JUDGMENT ORDER

Consistent with the contemporaneously filed order, the Court **ADOPTS** Magistrate Judge McCook's report and recommendation (Doc. 8), and this action is therefore **DISMISSED WITHOUT PREJUDICE**. The Clerk is hereby **DIRECTED** to **CLOSE** the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ LeAnna R. Wilson
 CLERK OF COURT